UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  2:17-CV-14422-ROSENBERG

NEAL BOCHNER,

     Plaintiff,

v.

MARTIN COUNTY SHERIFF'S DEPUTIES JAMES
MALTESE, RYAN PFEIFLE, JUSTIN ALBAUER,
MICHAEL LIBASCI, LESLIE BEATH, BRIAN TISON,
KEVIN FRITCHIE, SCOTT BUNDY, ADAM
WALTERSDORFF; CITY OF STUART POLICE
OFFICERS BRIAN HUFFMAN, MATTHEW CERNUTO,
JOHN MARTIN, STEPHEN EDENS, DANIEL KELSAY

     Defendants.

_____/

## FINAL JUDGMENT

On November 18, 2021, the jury returned verdicts in favor of the Defendants James Maltese, Ryan Pfeifle, Justin Albauer, Michael Libasci, Leslie Beath, Brian Tison, Kevin Fritchie, Scott Bundy, Adam Waltersdorff, Brian Huffman, Matthew Cernuto, John Martin, Stephen Edens, and Daniel Kelsay in the above-captioned matter [DE 407–DE 420]. Accordingly, it is hereby:

**ORDERED AND ADJUGED**:

1. Final Judgment is entered in this matter against the Plaintiff, Neal Bochner, and in favor of the Defendants James Maltese, Ryan Pfeifle, Justin Albauer, Michael Libasci, Leslie Beath, Brian Tison, Kevin Fritchie, Scott Bundy, Adam Waltersdorff, Brian Huffman, Matthew Cernuto, John Martin, Stephen Edens, and Daniel Kelsay, who shall go hence without day.

2.  The Court reserves jurisdiction over this matter to resolve any motions for costs or attorneys' fees.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23rd day of November, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

2