UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  2:17-CV-14422-ROSENBERG

NEAL BOCHNER,

      Plaintiff,

v.

MARTIN COUNTY SHERIFF'S DEPUTIES JAMES
MALTESE, RYAN PFEIFLE, JUSTIN ALBAUER,
MICHAEL LIBASCI, LESLIE BEATH, BRIAN
TISON, KEVIN FRITCHIE, SCOTT BUNDY, ADAM
WALTERSDORFF; CITY OF STUART, POLICE
OFFICERS, BRIAN HUFFMAN, MATTHEW
CERNUTO, JOHN MARTIN, STEPHEN EDENS,
DANIEL KELSAY

      Defendants.
_____/

## **DEFENDANTS' MOTION FOR ENTRY OF FINAL COST JUDGMENT**

    The Defendants James Maltese, Ryan Pfeifle, Justin Albauer, Michael Libasci, Leslie

Beath, Brian Tison, Kevin Fritchie, Scott Bundy and Adam Waltersdorff, by and through their

undersigned counsel, file this Motion for Entry of Final Cost Judgment, in their favor, and in

support thereof would state as follows:

    1. These Defendants filed their Motion for Bill of Costs on December 15, 2021 seeking

        $1,808.08 in costs from the Plaintiff, Neal Bochner [DE 427, 427-1]. Mr. Bochner

        opposed these Defendants' Bill of Costs [DE 431], claiming his financial recourses

        were limited. On January 5, 2022, these Defendants filed their Reply in Support of

        Their Bill of Costs [DE 432], in which they revised the amount they were seeking in

        costs from the Plaintiff to $1,441.78. As a result, this Court entered an Order, dated

January 14, 2022, granting these Defendants' Motion for Costs in the amount of $1,441.78. [DE 433].

2. These Defendants wish to collect from the Plaintiff the costs awarded to them by this Honorable Court. In order to accomplish same, they need the costs award to be set forth in a Final Cost Judgment so that they may record it and take steps to collect same from Mr. Bochner.

WHEREFORE, these Defendants request that this Court enter a Final Cost Judgment pursuant to this Court's Order [DE 433] in favor of Defendants James Maltese, Ryan Pfeifle, Justin Albauer, Michael Libasci, Leslie Beath, Brian Tison, Kevin Fritchie, Scott Bundy and Adam Waltersdorff and against Neal Bochner, in the amount of $1,441.78 plus applicable interest.

## MEMORANDUM OF LAW

This Court issued an Order [DE 433] granting these Defendants' Motion for Bill of Costs. This Court has the authority to control its cases and enforce its Orders and issue a Final Cost Judgment so that these Defendants can record the Final Cost Judgment and begin collection proceedings in accordance with the law.

## LOCAL RULE 7.1(a)(3) STATEMENT

The office of the undersigned contacted Plaintiff's counsel Michael G. Zilber via email and telephone regarding the relief sought in this motion. Mr. Zilber advised that "Plaintiff maintains that Mr. Bochner is indigent; that being said, Plaintiff respects the ruling made by the Court in its Order Granting Defendant's Motion for Bill of Costs and is not going to challenge Defendant's entitlement to judgment."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served electronically with the Clerk of Court via the CM/ECF system to:  **Michael G. Zilber, Esq.**, MZilber@carltonfields.com, Carlton Fields, P.A., 700 NW 1st Avenue, Ste. 1200,  Miami, Florida 33136-4118 and **Jeffrey Alan Blaker, Esq**., jblaker@conroysimberg.com Conroy Simberg & Ganon, 1801 Centrepark Drive East Suite 200, West Palm Beach, Florida 33401 this 2nd day of May, 2022.

PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA P.A.
Attorneys for Defendants *Albauer, Beath, Bundy, Fritchie, Libasci, Maltese, Pfeifle, Tison & Waltersdorff*
2455 East Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone (954) 462-3200
Telecopier (954) 462-3861
E-mail: summer@purdylaw.com
　　　　isabella@purdylaw.com


 BY:     *s/ Summer M. Barranco*
　　　　SUMMER M. BARRANCO, ESQUIRE
　　　　Fla. Bar No. 984663

3